IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: November 01, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27328

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Fayyaz Uddin and Rakhshinda Uddin<br>     Debtors.<br>_____<br>HSBC Bank USA, National Association as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-A2 by its Attorney in fact Wells Fargo Bank, N.A<br>     Movant,<br>  vs.<br><br>Fayyaz Uddin and Rakhshinda Uddin, Debtors, Roger W. Brown, Trustee.<br><br>     Respondents. | No. 2:10-BK-29908-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 25, 2006 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-A2 by its Attorney in fact Wells Fargo Bank, N.A is the current beneficiary and Fayyaz Uddin and Rakhshinda Uddin have an interest in, further described as:

> Unit 4008, according to that certain Declaration of Condominium And Of Covenants, Conditions AndRestrictions For Toscana At Desert Ridge Condominiums recorded in Document No. 2005-1339435, and FirstAmendment And Correction To Declaration of Condominium And Of Covenants, Conditions And RestrictionsFor Toscana At Desert Ridge Condominiums recorded in Document No. 2006-0639165, and The AmendedCondominium Plat Of Toscana At Desert Ridge, according to the plat of record in the office of the CountyRecorder of Maricopa County, Arizona, in Book 776 of Maps, Page 38, and Affidavit of Correction recorded in Document No. 2005-1402871, and further Affidavit of Correction recorded in Document No. 2006-0597040;
> TOGETHER WITH an undivided interest in and to the Common Elements with respect thereto as shown in said Declaration of Condominium and on said Amended Condominium Plat; and
> TOGETHER with all of the parking spaces located in the Parkade for Building No.1 also as shown in said Declaration of Condominium and on said Condominium Plat; and
> TOGETHER WITH the easement right for access, including ingress and egress (vehicular and pedestrian), as set forth in Access Easement recorded in Document No. 2005-1339437; and
> TOGETHER WITH easement rights under that certain Underground Parking Easement And Maintenance Agreement recorded in Document No. 2005-1339438.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.