IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 01, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27740

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Fayyaz Uddin and Rakhshinda Uddin<br>　　　　Debtors.<br>────────────────────────<br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br>　　　　Movant,<br>　vs.<br><br>Fayyaz Uddin and Rakhshinda Uddin, Debtors, Roger W. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:10-BK-29908-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #16) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 17, 2003 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Fayyaz Uddin and Rakhshinda Uddin have an interest in, further described as:

> Lot 461. Desert Ridge Parcel 7.6. according to Book 403 of Maps, Page 15, records of Maricopa County, Arizona.
> Excepting Therefrom, all oil. gas, other hydrocarbon substances. helium or other substances of gaseous nature, coal,
> metals,minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other
> material which is or may be determined by the laws of the United States, or of this state, or decisions of court. to be
> peculiarly essential to the production of fissionable materials, whether or not of commercial value, and the exclusive
> right thereto, on, in or under the above described lands, shall be and remain and are reserved in and retained by the
> State of Arizona, in the Patent to said land recorded September 15, 1994 in 94-680372, of Official Records

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.